IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRIN DUPREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-0114 |
| | ) |
| MICHAEL J. ASTRUE, | ) JUDGE LANCASTER |
| Commissioner of | ) MAGISTRATE JUDGE HAY |
| Social Security, | ) |
| | ) |
| Defendant. | ) ELECTRONIC FILING |

ORDER

AND NOW, this 12th day of Aug, 2007, upon consideration of the Commissioner's Motion to Remand, it is hereby

ORDERED

that the Commissioner's motion is granted, and this case is remanded to the Commissioner for further proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

APPROVED AND SO ORDERED:

_____ J
Concur