IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRIN DUPREE, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 07-114
)
MICHAEL J. ASTRUE, ) JUDGE LANCASTER
Commissioner of ) MAGISTRATE JUDGE HAY
Social Security, )
)
Defendant. ) Electronic Filing

## ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Two Thousand Six Hundred Twenty-Four dollars ($2,624.00), and costs in the amount of Three Hundred Fifty dollars ($350.00), as authorized by 28 U.S.C. §§ 2412(d) and 1920, subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_____ J.
12/5/07